**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**...................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER SALIDO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEICO GENERAL INSURANCE COMPANY;<br>GEICO CASUALTY COMPANY;<br>and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | No. 2:20-CV-02324-TLN-DMC<br><br>**ORDER REGARDING STIPULATION AND REQUEST TO AMEND THE INITIAL PRETRIAL SCHEDULING ORDER** |

Having reviewed and considered the parties' *Stipulation and Request to Amend the Initial Pretrial Scheduling Order,* and good cause appearing,

**IT IS HEREBY ORDERED** that**:**

1. The close of fact discovery will be extended to September 17, 2021;

2. Expert Disclosures will be due on November 16, 2021; and,

3. Rebuttal Expert Disclosures will be due on December 16, 2021.


DATED: April 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge