SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN T. BROOKS, Cal. Bar No. 167793
JENNA A. FASONE, Cal. Bar No. 308886
BENJAMIN D. BROOKS, Cal. Bar No. 314373
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E mail        jbrooks@sheppardmullin.com
                   jfasone@sheppardmullin.com
                   bbrooks@sheppardmullin.com

Attorneys for GEICO General Insurance
Company and GEICO Casualty Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER SALIDO,<br><br>       Plaintiff,<br><br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY; GEICO CASUALTY COMPANY; and DOES 1 through 20, Inclusive,<br><br>       Defendants. | Case No. 2:20-cv-02324-TLN-DMC<br><br>**ORDER REGARDING STIPULATION AND REQUEST TO AMEND THE INITIAL PRETRIAL SCHEDULING ORDER (PACER DOCUMENT NO. 9)**<br><br>Complaint Filed:   July 15, 2020 |

Having reviewed and considered the parties' Stipulation and Request to Amend the Initial Pretrial Scheduling Order, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. That the close of fact discovery will be extended to April 29, 2022;
2. That Expert Disclosures will be due on May 31, 2022; and,
3. That Rebuttal Expert Disclosures will be due on June 30, 2022.

DATED: August 5, 2021

Troy L. Nunley
United States District Judge